# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-21-00518-CV

**In re B. Q. and A. Q.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### O R D E R

**PER CURIAM**

Relators B.Q. and A.Q. have filed a petition for writ of mandamus and emergency motion to stay trial court's letter ruling pending petition for writ of mandamus. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the trial court's October 8, 2021 letter ruling pending further order of this Court. *See id*. 52.10(b). The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before Friday, October 22, 2021.

It is ordered on October 15, 2021.

Before Justices Goodwin, Baker and Smith